UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

Ventura Associates, Inc,

ORDER

OF SUSPENSE

    -against-

International Outsourcing Services, Inc.

04 CV 5962  (PKL)
04 CV 10250 (PKL)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/09

------------------------------------

LEISURE, District Judge:

    It is ORDERED that this action is transferred to the
Suspense Docket of the Court subject to reinstatement on
the calendar of the undersigned upon filing of a stipulation
by the parties to the effect that they are prepared to
actively litigate this cause.

Dated:   New York, New York
         March 25, 2009

                                    Peter K Leisure
                                    U.S.D.J.